IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

'08 CV-01742

Civil Action No. _____
(To be supplied by the court)

JAMES FAIRCLOTH , Plaintiff,

v.

Lt. Hartman

Elaine Meyers

Dr. Pitcher
, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG -7 2008
GREGORY C. LANGHAM
CLERK

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

_____

_____

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I have No assets or Property. No Income!

5. Are you in imminent danger of serious physical injury?

✓ Yes ___ No  (CHECK ONE). If you answered yes, briefly explain your answer:

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  8/4/08
             (Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                              2

```
                         ARAPAHOE COUNTY SHERIFFS OFFICE
             ==================================================
                             Resident Account Summary
                           Tuesday, July 29, 2008  @05:40

             =======================================================================
For Jacket #: 200800002382      FAIRCLOTH, JAMES ARTHUR
-------------------------------------------------------------------------------------
  Date      Transaction Description              Amount    Balance    Owed    Held    Reference
-------------------------------------------------------------------------------------
07/26/2008 MISC CHARGE NOTARY                      2.00      0.00    77.50    0.00
07/25/2008 MISC CHARGE 1 OUT 72408/W/DIST CT       0.42      0.00    75.50    0.00
07/24/2008 MISC CHARGE 2OUT72408/W/ATF/ANTI DEF    0.84      0.00    75.08    0.00
07/24/2008 XFER FUNDS   INDIGENT PKG 7/25/08       0.00      0.00    74.24    0.00
05/22/2008 MEDICAL      CRAIG 05/19/08            10.00      0.00    74.24    0.00
05/22/2008 MEDICAL      CRAIG 05/19/08            10.00      0.00    64.24    0.00
05/22/2008 MEDICAL      CRAIG 05/19/08            10.00      0.00    54.24    0.00
04/30/2008 MISC CHARGE NOTARY                      2.00      0.00    44.24    0.00
04/25/2008 MISC CHARGE 1OUT42508/W/CTY CT OLATTA   0.42      0.00    42.24    0.00
04/19/2008 MISC CHARGE NOTARY                      2.00      0.00    41.82    0.00
04/16/2008 XFER FUNDS   INDIGENT PKG 04/18/08      0.00      0.00    39.82    0.00
04/01/2008 MISC CHARGE 1OUT40108/W/RITTER          0.41      0.00    39.82    0.00
03/31/2008 MISC CHARGE 1OUT33108/W/FAMILY SUPPOR   0.41      0.00    39.41    0.00
03/29/2008 DEPOSIT CAS  INITIAL DEPOSIT - REINSTA  0.00      0.00    39.00    0.00
03/22/2008 MISC CHARGE NOTARY                      2.00      0.00    39.00    0.00
03/20/2008 MEDICAL      NRS ASSESS 03/18/08        5.00      0.00    37.00    0.00
03/12/2008 XFER FUNDS   INIDGENT PKG 03/14/08      0.00      0.00    32.00    0.00
03/08/2008 MISC CHARGE NOTARY                      2.00      0.00    32.00    0.00
02/15/2008 BOOKING FEE BOOKING CHARGE             30.00      0.00    30.00    0.00
```

*Note: The Supervisor "Sue White" refuses to sign "Notarize" Account Statement without Court Order.

Please execute Order for her to give "Notarized" Account Statement for James A. Faircloth #08-2382 (booking #) every month, to have ready for the Court, on Notice/Call, in future. Thank you.

executed this August 5th 2008

[signature] Pre-trial Detainer

Page 1