# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

'08 – CV – 01742

Civil Action No. _____

(To be supplied by the court)

JAMES ARTHUR FAIRCLOTH , Plaintiff,

v.

Lt. Hartman (Administrative Lt. for Health Services)

Elaine Meyers (Health Services Administrator)

Dr. Pitcher (Medical Doctor) ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2008

GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
CLERK

## PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. James A. Faircloth #082382  P.O. Box 4918, Centennial, CO 80155

(Plaintiff's name, prisoner identification number, and complete mailing address)

2. Lt. Hartman "Administrative Lt. Health Services"

(Name, title, and address of first defendant)

P.O. Box 4918 Centennial, CO 80155

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

My rights were violated and "Lt. Hartman" had full knowledge that my rights were being violated and he failed to solve the problem and it was well established.

3. Elaine Meyers "Health Services Administrator"

(Name, title, and address of second defendant)

P.O. Box 4918 Centennial, CO 80155

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

My rights were violated and "Elaine Meyers" had full knowledge that my rights were being violated and she failed to solve the problem and it was well established.

4. Dr. Pitcher "Medical Doctor"

(Name, title, and address of third defendant)

P.O. Box 4918 Centennial, CO 80155

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

My rights were being violated and "Dr. Pitcher" had full knowledge that my rights were being violated and failed to solve the solve problem and it was well established.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1.   I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

___   ~~28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)~~

___   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.   I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

My Constitutional rights have been violated by being denied adequate access to medical treatment for a seriously severe medical condition, as well as a serious Psychiatric condition.

This is a violation of the 8th & 14th Amendment.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: __DILIBERATE INDIFFERENCE__

Supporting Facts: Since being incarcerated (February 18, 2008) in the Patrick Sullivan Detention Facility, The Plaintiff has requested Hep-C medical treatment due to his severe suffering of symptoms of his Hepatitis C condition.

On numerous occassions, Plaintiff has continued to request treatment for his serious condition due to symptoms getting worse, causing exascerbation of his already existent and Chronic Psychiatric Conditions, in which he is only taking partial medications for.

*Plaintiff has even experienced Deliberate Indifference in the Arena of his Psychiatric conditions, as well (mentioned in seperate Claim being brought against Mental Health/Psychiatric Dept. here at the jail)

Lt. Hartman, Elaine Meyers, Dr. Pitcher, have continued to deny me access to Medical treatment knowing that Hep-C is a severely Serious medical Condition due to the ongoing complexities of the disease and the powers of resistance it builds up as time goes on being left untreated. medical officials possess sufficient personal involvement in denial of treatment Plaintiff can prove these allegations, especially through documented written history of requests and replies, with dates and times involved

2. Claim Two: <u>Denied Medical Services</u>

Supporting Facts: Plaintiff, "Mr. Faircloth", herein claims that officials failed to provide him with medical treatment for his Hepatitis C virus, in violation of the 8th Amendment. This has created the herein mentions claims of Deliberate Indifference by denying Plaintiff his severe need of medical treatment, thus causing un-needed and undue Pain and suffering.

"Mr. Faircloth" (Plaintiff) has ongoingly expressed alternative options to have medications that are organic based (which no allopathic Dr. will approve of) and have been proven to at least halt progression of the ongoing serious and severe symptoms of Hep-C condition. Dr. Pitcher knew (or, reasonably should have known, no Allopathic ("FDA") licensed Dr. would approve Naturopathic treatments) and used the excuse of Quote "

Dr. Pitcher on numerous occasions denied my requests for Serious Medical Condition even after Plaintiff made known to Dr. Pitcher the McKenna v. Wright, 386 F.3d 432, 437 (2nd Cir 2004) case to back up his claim to Dr. Pitcher that his (Plaintiff) Serious medical condition would be treated had he been in D.O.C. and that he (the Plaintiff) is on a Parole hold and a D.O.C. client and therefore subject to D.O.C. regulation(s).

Grievances have continued to be filed to "Elaine Meyers" (Health Services Administrator) only to be met with failure to provide Adequate Medical Services for a Serious Medical Condition

3.   Claim Three: <u>Pain & Suffering</u>

Supporting Facts: Due to the deliberate indifference to a serious medical need. The Plaintiff, "Mr. Faircloth" Has severely, and continues to severely suffer from the pain of the following symptoms:

A.) Chronic fatigue (mild to Severe, but constant towards severe.)

B.) Indigestion "Chronic"

C.) Headaches

D.) Muscle & Joint Pain

E.) Depression (with occasional episodes of suicidal thoughts)

F.) Mood Swings (exacerbating Adhd/Bi-Polar Conditions already in existence and medicated with 900 mg "Lithium")

G.) Brain Fog (Cognitive Dysfunction) Mental Confusion at times

H.) Vision Problems (Causing Plaintiff to need Bi-focal lense(s))

I.) Occassional Nausea

J.) Abdominal Pain

K.) Itching rashes, causing scratching to break the skin.

L.) dry eyes and dry mouth.

All these severe Symptoms all together, have greatly decreased my enjoyment for the Quality of life that I would normally be able to enjoy had I been given treatment for my Serious medical Condition (Hepatitis C Virus).

These Symptoms have been allowed to be ongoing by the deliberat indifference in not treating a Serious Medical Condition by Lt. Hartman; Elaine Meyers; and Dr. Pitcher.

(Rev. 1/30/07)                    6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __ Yes __ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

2. Docket number and court name:

3. Claims raised in prior lawsuit:

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

5. If the prior lawsuit was dismissed, when was it dismissed and why?

6. Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes __ No  (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes __ No (CHECK ONE).

(Rev. 1/30/07)                        7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra
paper.  The additional requests for relief should be labeled "G, REQUEST FOR RELIEF."

I am suing Lt. Hammond (HEAD HEALTH CARE ADMINISTRATOR)
in his Official and his Individual Capacity for:
A.) Monetary Damages starting at #250,000 dollars and up to maximum
monetary amount allowed by law.
B.) Punitive damages: OPEN TO ① DISCRETION OF THE COURT.
C.) Preliminary Injunction: Ordering the immediate access (whether by
contract or by hire here at the Jail) a Hepatologist Specialist that can
adequate monitor Hep-C treatment (both Allopathically and Natur
opathicly) ② As well as hire on a 24 hour accessable Psychiatrist
and Serious Mental Health Conditions team  to deal with inmate
Pre-trial detainees with Serious Medical (HEP-C) and Mental Health
Illnesses.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. §
1746; 18 U.S.C. § 1621.

Executed on ___8/4/08___
(Date)

_____
(Prisoner's Original Signature)

CONT...                    REQUEST FOR RELIEF          * Declaring that the
                                                      penalty of perjury
                                                      applies this page.
                                                            [signature]
                                                            8/4/0

° I AM SUEING "ELAINE MEYERS" (HEALTH SERVICES ADMINISTRATOR)
  IN HER OFFICIAL AND HER INDIVIDUAL CAPACITY, FOR:
    A.) MONETARY DAMAGES: STARTING AT $250,000.00 DOLLARS
        AND UP TO MAXIMUM MONETARY VALUE ALLOWED BY LAW.
    B.) PUNITIVE DAMAGES: OPEN TO THE COURT'S DISCRETION

    C.) PRELIMINARY INJUNCTION: ① ORDERING THE IMMEDIATE ACCESS
        (WHETHER BY CONTRACT OR BY HERE AT THE JAIL) A HEPATOLOGIST
        SPECIALIST THAT CAN ADEQUATELY MONITOR HEP-C TREATMENT
        (BOTH ALLOPATHICALLY AND NATUROPATHICALLY) ② AS WELL AS
        HIRE ON A 24 HOUR ACCESSABLE PSYCHIATRIST AND SERIOUS
        MENTAL HEALTH CONDITION(S) TEAM TO DEAL WITH INMATES/
        PRE-TRIAL DETAINEES WITH SERIOUS MEDICAL (HEP-C) MENTAL
        HEALTH ILLNESSES.

° I AM SUEING "DR. PITCHER" (MEDICAL DOCTOR) IN HER OFFICIAL AND
  HER INDIVIDUAL CAPACITY, FOR:
    A.) MONETARY DAMAGES: STARTING AT $250,000.00 DOLLARS AND UP TO
        THE MAXIMUM MONETARY VALUE ALLOWED BY LAW.
    B.) PUNITIVE DAMAGES: OPEN TO THE COURT'S DISCRETION

    C.) PRELIMINARY INJUNCTION: ① ORDERING THE IMMEDIATE
        ACCESS (WHETHER BY CONTRACT OR BY HERE AT THE JAIL) A
        HEPATOLOGIST SPECIALIST THAT CAN ADEQUATELY MONITOR
        HEP-C TREATMENT (BOTH ALLOPATHICALLY AND NATURO-
        PATHICALLY) ② AS WELL AS HIRE ON A 24 HOUR ACCESSABLE
        PSYCHIATRIST AND SERIOUS MENTAL HEALTH CONDITIONS
        TEAM TO DEAL WITH INMATES/PRE-TRIAL DETAINEE(S) WITH
        SERIOUS MEDICAL (HEP-C) AND MENTAL HEALTH ILLNESSES