In the United States District Court
for the District of Colorado

James Arthur Faircloth
  Plaintiff

v.

Lt. Hartman/Elaine Meyers/Dr. Pitcher

'08-CV-01742

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 15 2008
GREGORY C. LANGHAM
CLERK

## Motion to Appoint Counsel

Mr. Faircloth is bringing civil action under the In Forma Pauperis statute. Plaintiff seeks the court to appoint counsel due to the complexities of the case and multiplicities involved. As well, the plaintiff has a mental disorder that will allow him to be at liberty and of sound mind to litigate this case. Nor does the plaintiff possess a doctorate in law to fully understand the processes needed to help succeed in presenting his case and argument in explaining the applicable legal principalities and the potential meritorious issues. In addition, appointment of a lawyer provides the plaintiff/pretrial detainee with an opportunity to obtain equally qualified representation in the conducting of discovery, especially depositions, negotiations of moving towards a settlement of plaintiff's meritorious claims, and performing the other difficult tasks of litigation by virtue of experience.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG -7 2008
GREGORY C. LANGHAM
CLERK