Dear Court Clerk,                                                                           August 22nd, 2008

                        This letter comes                          | Case No. 08-CV-01742
to you to inform you of my daily                          | Faircloth v. Hartman/Pitcher
attempts of getting an Account                          |   and Meyers.
Statement that is certified/Notarized for the Court's filing
of my Claim "No. 08-CV-01742".
     Please be advised that I have grieved this matter to a
Lt. Courtney here @ the Jail to get a resolve to this issue
or yet another Claim shall be filed on 14th Amendment
Premise, in addition/seperate or adjunct to the already
submitted claim (08-CV-01742).
     If at all possible, the Court "U.S. District" Clerk
can use this letter to show yet another reason to file
an "Order" to have "Sue White" (ACDF Supervisor over Property
and Legal Certification Services) to not hinder my due Process
right(s) in accessing the Court(s).
     Anyhow, for what it's worth, I wanted to inform the
Court Clerk that I am trying here to get your
request fulfilled. I have a paper trail to prove Indifference
f need be. Thank you for your time and concern in this
matter!

P.S. It seems that the Court
     Shall need to Order Ms. Sue
White to make monthly Notarized
Account Statements for the
Court's ongoing Review, in order
to avoid this problem
in the future duration please
of this Case's          Thank you!
     proceedings.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2008

GREGORY C. LANGHAM
CLERK

Sincerely,

James Faircloth
Plaintiff

JAMES FAIRCLOTH
#082382
P.O. Box 4918
Centennial, CO
     80155