IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01742-BNB

JAMES ARTHUR FAIRCLOTH,

Plaintiff,

v.

LT. HARTMAN (Administrative Lt. for Health Services),
ELAINE MEYERS (Health Services Administrator), and
DR. PITCHER (Medical Doctor),

Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01742-BNB

James Arthur Faircloth
Prisoner No. 082382
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/3/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk