IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01742-EWN-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN, Administrative Lt. For Health Services,
ELAINE MEYERS, Health Services Administrator,
DR. PITCHER (Medical Doctor),
LT. COURTNEY, and
DR. MOZER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 30 2008

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 [Docket No. 1]. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed **in forma pauperis** [Docket No. 8]. With leave of the Court, Plaintiff filed an Amended Complaint on October 22, 2008, which added Lt. Courtney and Dr. Mozer as Defendants [Docket No. 43].

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service of the Complaint from Defendants Lt. Courtney and Dr. Mozer.[1] If the Clerk is unable to obtain waiver of service from these Defendants, the United States Marshal shall serve a copy of the Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendants Lt. Courtney and Dr. Mozer or their counsel shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on them.

---

[1] An Order Granting Service [Docket No. 11] was previously issued for the defendant not named in this Order, which was executed on September 26, 2008 [Docket No. 15].

BY THE COURT:
s/ Kristen L. Mix
United States Magistrate Judge

Dated: October 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01742-EWN-KLM

James A. Faircloth
Prisoner No. 082382
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Dr. Mozer and Lt. Courtney

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Mozer and Lt. Courtney: AMENDED COMPLAINT FILED 10/22/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/30/08.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                  Deputy Clerk