IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN, Administrative Lt. For Health Services,
ELAINE MEYERS, Health Services Administrator, and
DR. PITCHER (Medical Doctor),
LT. COURTNEY, and
DR. MOZER,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Resubmit 'Order to Cause for Injunction'** [Docket No. 89; Filed January 20, 2009] (the "Motion").

    The Court construes this Motion as a Second Amended Motion for a Temporary Restraining Order. Accordingly, IT IS HEREBY **ORDERED** that Defendants are to respond to the Second Amended Motion for a Temporary Restraining Order [Docket No. 89] on or before **February 12, 2009**. Plaintiff shall file his reply on or before **March 2, 2009**.

    IT IS FURTHER **ORDERED** that Plaintiff's **Amended Order for Cause for an Injunction** [Docket No. 60; Filed November 20, 2008] is **DENIED AS MOOT**.

    Dated: January 21, 2009