IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN,
ELAINE MEYERS,
DR. PITCHER,
LT. COURTNEY, and
DR. MOZER,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS ELAINE MEYERS AND LT. HARRY COURTNEY**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice of All Claims Against Defendants Elaine Meyer and Lt. Harry Courtney [Docket No. 93]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Elaine Meyers and Lt. Harry Courtney are dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

DATED February 9, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge