IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN,
ELAINE MEYERS,
DR. PITCHER,
LT. COURTNEY, and
DR. MOZER,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT DR. PITCHER**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice of All Claims Against Defendant Dr. Pitcher [Docket No. 95]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Jill Pitcher, D.O. ("Dr. Pitcher") are dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

DATED February 12, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge