IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN and
DR. MOZER,

    Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT DR. MOZER**
___

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice of Erwin L. Mozer, M.D. [Docket No. 105]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Erwin L. Mozer, M.D. ("Dr. Mozer") are dismissed with prejudice, with each party to bear his own attorneys' fees and costs.

DATED March 25, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge