IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

LT. HARTMAN, Administrative Lt. For Health Services,
DR. PITCHER (Medical Doctor), and
DR. MOZER,

    Defendants.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant Erwin L. Mozer, M.D.'s Motion to Dismiss** [Docket No. 69; Filed December 1, 2008] (the "Motion"). Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C.Colo.LCivR. 72.1.C., the matter has been referred to this Court for recommendation.

On March 25, 2009, upon stipulation of the parties, the District Judge issued an Order of Dismissal With Prejudice As To Defendant Dr. Mozer [Docket No. 106]. Accordingly, I **RECOMMEND** that the Motion be **DENIED AS MOOT.**

FURTHER, IT IS **ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this Recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the Recommendation by the district judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review

of both factual and legal questions.  *In re Key Energy Resources Inc.*, 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A party's objections to this Recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996).

              BY THE COURT:

              __s/ Kristen L. Mix_____
              United States Magistrate Judge

Dated:  April 16, 2009