IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01742-PAB-KLM

JAMES ARTHUR FAIRCLOTH,

Plaintiff,

v.

LT. HARTMAN and
DR. MOZER,

Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States

Magistrate Judge Kristen L. Mix filed on April 16, 2009 [Docket No. 107]. The

Recommendation states that objections to the Recommendation must be filed within

ten days after its service on the parties. *See also* 28 U.S.C. § 636(b)(1)(C). The

Recommendation was served on April 17, 2009. No party has objected to the

Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings"). In this matter, I have reviewed the Recommendation to

satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ.

P. 72(b), Advisory Committee Notes.  Based on this review, I have concluded that the

Recommendation is a correct application of the facts and the law.  Accordingly, it is

     **ORDERED** as follows:

     1.  The Recommendation of United States Magistrate Judge [Docket No. 107] is

ACCEPTED.

     2.  Defendant Erwin L. Mozer, M.D.'s Motion to Dismiss [Docket No. 69] is

DENIED as moot.


     DATED May 29, 2009.

               BY THE COURT:


               s/Philip A. Brimmer
               PHILIP A. BRIMMER
               United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).